MARK D. LONERGAN (State Bar No. 143622)
MICHAEL J. STEINER (State Bar No. 112079)
JOSHUA E. WHITEHAIR (State Bar No. 244900)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
WELLS FARGO & CO. and WELLS
FARGO BANK, N.A. (erroneously sued as
WELLS FARGO HOME MORTGAGE,
INC.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY YOUNG; ODETTA YOUNG; EDWARD HUYER and CONNIE HUYER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO & CO., and WELLS FARGO HOME MORTGAGE, INC.,<br><br>Defendants. | Case No.: CV 083735 SI<br><br>**WELLS FARGO'S NOTICE OF MOTION AND 9(b) MOTION TO DISMISS, 12(e) MOTION FOR MORE DEFINITE STATEMENT, AND 12(f) MOTION TO STRIKE**<br><br>Date: November 7, 2008<br>Time: 9:00 a.m.<br>Dept.: Courtroom 10<br>Judge: Hon. Susan Illston<br><br>Trial Date: Not set<br>Complaint Date: August 5, 2008<br><br>**Accompanying Documents:**<br>Memorandum of Points and Authorities; [Proposed] Order |

07685/0196/691208.1

Wells Fargo's Notice of Motion and Motions
to Dismiss, For More Definite Statement and to Strike
Case No.: CV 083735 SI

1  PLEASE TAKE NOTICE that, on November 7, 2008, at 9:00 a.m., or as soon thereafter
2  as the matter may be heard in the above entitled Court, located at 450 Golden Gate Avenue, San
3  Francisco, California 94102, defendants Wells Fargo & Co. and Wells Fargo Bank, N.A.[1]
4  ("Wells Fargo") will and hereby do move, pursuant Rule 9(b) of the Federal Rules of Civil
5  Procedure, to dismiss the Class Action Complaint of Plaintiffs Gregory and Odetta Young and
6  Edward and Connie Huyer ("Plaintiffs") on the following grounds:
7      1. Count I for violation of the Racketeer Influenced and Corrupt Organizations Act
8  ("RICO") 18 U.S.C. § 1962(a) is not pleaded with particularity;
9      2. Count II for violation of the RICO 18 U.S.C. § 1962(c) is not pleaded with
10 particularity;
11     3. Count III for violation of the 18 U.S.C. § 2 and § 1962(a) and (c) is not pleaded
12 with particularity;
13     4. Count IV for violation of California's Business & Professions Code §§ 17200 *et*
14 *seq.* is not pleaded with particularity;
15     5. Count V for violation of California's Business & Professions Code §§ 17500 *et*
16 *seq.* is not pleaded with particularity;
17     6. Count VI for violation of California's Consumer Legal Remedies Act, California
18 Civil Code §§ 1750 *et seq.* is not pleaded with particularity;
19     7. Count VII for Fraud, Deceit and/or Misrepresentation is not pleaded with
20 particularity;
21     In addition, Wells Fargo will and hereby does move, pursuant to Federal Rule of Civil
22 Procedure 12(e), for a more definite statement for Counts I, II, II, IV, V and VI on the grounds
23 that the Complaint is too uncertain and indefinite to permit a response thereto.
24     Further, Wells Fargo will and hereby does move, pursuant to Federal Rule of Civil
25 Procedure 12(f), to strike Paragraph 3 of the Complaint alleging: "Plaintiffs hereby incorporate
26
27 [1] Erroneously sued herein as Wells Fargo Home Mortgage, Inc.
28

1  by reference the findings of fact and opinion in *Stewart*."

2  These Motions and each of them are based on this Notice, the accompanying

3  Memorandum of Points and Authorities, the Complaint, and all other papers on file in this action.

4  DATED: October 3, 2008                                            SEVERSON & WERSON
                                                                                            A Professional Corporation

By: _____/s/_____
Joshua E. Whitehair

Attorneys for Defendants
WELLS FARGO & CO. and WELLS FARGO
BANK, N.A. (erroneously sued as "WELLS
FARGO HOME MORTGAGE, INC.")

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

07685/0196/691208.1                                            Wells Fargo's Notice of Motion and Motions
to Dismiss, For More Definite Statement and to Strike
Case No.: CV 0837.5 SI