RECEIVED
08 DEC 12 PM 3:19
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY YOUNG, ODETTA YOUNG, EDWARD HUYER et al.<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & CO., and WELLS FARGO HOME MORTGAGE, INC.<br><br>Defendant. | CASE NO. 08-3735 SI<br><br>**(Proposed)**<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY**<br>*PRO HAC VICE* |

Kim E. Richman , whose business address and telephone number is

Reese Richman LLP
875 6th Avenue, 18th Floor
New York, NY 10001   (212)643-0500

and who is an active member in good standing of the bar of the State of New York

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing Plaintiffs Young, Young, Huyer & Huyer

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice.* Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

_____
United States District Judge