**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| GREGORY YOUNG, et al., | ) | |
| | ) | NO. 4:08-cv-00507-JEG-CFB |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| WELLS FARGO & CO., and | ) | ORDER |
| WELLS FARGO BANK, N.A., | ) | |
| | ) | |
| Defendants. | ) | |

This matter came before the Court for hearing on October 15, 2009, regarding electronic discovery (See Status Report #3 filed on October 14, 2009 (Clerk's No. 86)). Counsel have met and conferred and made no significant progress on informal methods to develop a more focused approach on e-discovery. Plaintiffs may serve formal discovery requests about e-discovery issues no later than October 26, 2009. If the parties cannot agree as to the scope of this discovery, they shall contact me within 30 days of when this discovery is propounded to schedule a discovery management hearing.

The next status conference on discovery is scheduled for 3:00 p.m. (CST) on December 8, 2009, by telephone conference call placed by counsel for Plaintiffs. A Joint Status Report or Agenda shall be filed by December 4, 2009.

IT IS SO ORDERED.

Dated this 16th day of October, 2009.

*[signature: Celeste F. Bremer]*
CELESTE F. BREMER
UNITED STATES MAGISTRATE JUDGE