# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

| | | |
|---|---|---|
| **GREGORY YOUNG, ODETTA YOUNG, EDWARD HUYER and CONNIE HUYER, on behalf of themselves and all others similarly situated,** | ) ) ) ) ) ) | **Case no.:  4:08-cv-507-RP-CFB** |
| **Plaintiffs,** | ) ) | **PLAINTIFFS' EXPEDITED MOTION TO COMPEL DEPOSITIONS** |
| **vs.** | ) ) ) | **(ORAL ARGUMENT REQUESTED)** |
| **WELLS FARGO & CO. and WELLS FARGO BANK, N.A.,** | ) ) ) | **(EXPEDITED RELIEF SOUGHT PURSUANT TO L.R. 7(j))** |
| **Defendants.** | ) ) | |

COME NOW, Plaintiffs, by and through their undersigned attorneys, and for their

Expedited Motion, pursuant to Rules 26, 30 and 37(a) of the Federal Rules of Civil Procedure

("Fed. R. Civ. P.") and Rules 7 and 37 of the Local Rules of the United States District Courts for

the Northern and Southern District of Iowa ("L.R."), for an Order compelling the deposition of

Sherilee Massier on August 9, 2011 and the deposition of Keith Schares on August 10, 2011,

state:

1.     Pursuant to L.R. 37(a) and as set forth in the accompanying Declaration of

Deborah Clark-Weintraub, dated July 28, 2011, filed herewith, together with its Exhibits and

incorporated herein by reference, counsel for Plaintiffs, in good faith, have conferred personally

with counsel for Defendants, in an attempt to resolve or narrow by agreement the issues raised

by Plaintiffs' instant Expedited Motion to compel.  The lawyers have been unable to reach an

agreement with respect to the scheduling of two depositions that are the subject of the instant

Motion.  Namely, Plaintiffs noticed the depositions of Sherilee Massier and Keith Schares on

June 8, 2011 setting those depositions for July 14 and 15, 2011, respectively.  Defendants

delayed for weeks in informing Plaintiffs as to whether Massier and Schares would be available

on the noticed dates and also delayed in providing alternative dates for their depositions once

they declined to produce them on the original dates.

2.      After weeks of delays, Plaintiffs re-noticed the deposition for August 9 and 10,

2011.  Plaintiffs later offered to move the depositions to August 1 and 2 to accommodate

Defendants.  However, Defendants are refusing to produce the witnesses on any of the dates

proposed by Plaintiffs and have proposed that the depositions be held on either August 17, 18 or

19, 2011 or the latter part of the week of August 22, 2011.  However, the delay of these

depositions to the third or fourth week of August is unjustifiable given that it should not take

seven weeks to schedule two depositions.  In addition, such a delay is highly prejudicial to

Plaintiffs because Plaintiffs would be extremely burdened by having to take the depositions of

Massier and Schares in the last weeks of August when their motion for class certification is due

less than two weeks later.

3.      Accordingly, Plaintiffs respectfully request the Court to compel Defendants to

produce Sherilee Massier and Keith Schares on the dates provided in Plaintiffs' properly served

revised deposition notices: August 9 and 10, 2011, respectively.

4.      Defendants do not consent to Plaintiffs' instant Motion to compel.

5.      Plaintiffs request oral argument.

WHEREFORE, Plaintiffs respectfully request this Court to issue an Order granting

Plaintiffs' Expedited Motion pursuant to Rules 30 and 37 of the Federal Rules of Civil Procedure

and Rules 7 and 37 of the Local Rules of the United States District Courts for the Northern and

Southern District of Iowa, compelling the deposition of Sherilee Massier on August 9, 2011 and

2

the deposition of Keith Schares on August 10, 2011, and providing such other and further relief

as the Court deems just, proper and equitable.

Dated: July 28, 2011

**WHATLEY DRAKE & KALLAS, LLC**

_/s/ Deborah Clark-Weintraub_

Deborah Clark-Weintraub
dweintraub@wdklse.com
380 Madison Avenue, 23rd Floor
New York, NY  10017
Telephone:  (212) 447-7070
Facsimile:  (212) 447-7077

**REESE RICHMAN LLP**
Michael R. Reese
mreese@reeserichman.com
Kim E. Richman
krichman@reeserichman.com
Belinda Williams
bwilliams@reeserichman.com
875 Sixth Avenue, 18th Floor
New York, NY  10001
Telephone:  (212) 579-4625
Facsimile:  (212)253-4272

**STROM LAW FIRM, LLC**
Mario Pacella
mpacella@stromlaw.com
2110 N. Beltline Blvd.
Columbia, SC  29204

**ROXANNE CONLIN & ASSOCIATES, P.C.**
Roxanne Conlin
319 Seventh Street, Suite 600
Des Moines, Iowa 50309
Telephone: (515) 283-1111
Facsimile: (515) 282-0477
Email: roxlaw@aol.com

**WHATLEY DRAKE & KALLAS, LLC**
Sara Hacker
2001 Park Place North
Birmingham, Alabama 3520

Email: shacker@wdklaw.com

**_Counsel for Plaintiffs_**


## CERTIFICATE OF SERVICE


I hereby certify that I caused a true and correct copy of the foregoing to be served via email and the through the court's CM/ECF electronic filing system on July 28, 2011.

Mark D. Lonergan
mdl@severson.com
Michelle T. McGuinness
mtm@severson.com
Severson & Werson, A Professional Corporation
One Embarcadero Center, 26th Floor
San Francisco, CA  94111

Michael A. Giudicessi
mgiudicessi@faegre.com
Faegre & Benson LLP
801 Grand Avenue, Suite 3100
Des Moines, IA  50309-8002

      /s/ Deborah Clark-Weintraub
      Of Counsel