

DEC 22 2015

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Jennifer Deachin
4932 SW 19th Street
Gainesville, Florida 32608

December 21, 2015

Clerk of Court
United States District Court,
Southern District of Iowa
Central Division
U.S. District Courthouse
123 East Walnut Street
Des Moines, Iowa 50309

Deborah Clark-Weintraub
**Scott+Scott,**
**Attorneys At Law, LLP**
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174

Mark D. Lonergan
**Severson & Werson**
1 Embarcadero Center, Suite 2600
San Francisco, CA 94111

Michael R. Reese
**Reese LLP**
100 West 93rd Street, 16th Floor
New York, NY 10025 Clerk of Court

Honorable Robert W. Pratt:

    I did not get a notice in the mail but I read about the settlement. I reviewed my records and determined that Wells Fargo charged me inspection fees. I object to the settlement in *Young v. Wells Fargo & Co.*, Case No. 4:08-CV-507 RP-CFB (S.D. Iowa) for two reasons. The notice doesn't give any information about the size of the class or my estimated recovery so it is impossible for me to determine whether or not the settlement is a good deal. Also, a 33 1/3% attorney's fee is way too large. I think that attorneys fees should be 15 or 20%. That way there would be millions of more dollars for me and the other class members.

Sincerely,

Jennifer Deachin

FedEx Ship Manager - Print Your Label(s)

ORIGIN ID:GNVA (352) 283-8885
JENNIFER DEACHIN
4932 SW 19TH STREET

GAINESVILLE, FL 32608
UNITED STATES US

SHIP DATE: 21DEC15
ACTWGT: 1.00 LB
CAD: 9640404/INET3670

BILL SENDER

TO  US DISTRICT COURT CLERK OF COURT
SOUTHERN DISTRICT OF IOWA, CENTRAL
U.S DISTRICT COURTHOUSE
123 EAST WALNUT
DES MOINES IA 50309
(515) 284-6248

TRK# 7752 6525 1062  0201

X1 DSMA

TUE - 22 DEC 8:00A
FIRST OVERNIGHT

50309
IA-US    DSM






FedEx First Overnight

147918 REV 8/08 RRD