UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

**RECEIVED**
MAR 0 7 2016
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

**NOTICE OF APPEAL**

| | | |
|---|---|---|
| EDWARD HUYER, et al., | * | 4:08-cv-507 |
| Plaintiff | * | District Court Docket Number |
| | * | |
| WELLS FARGO & CO., et al., | * | ROBERT W. PRATT |
| Defendant | * | District Court Judge |

Notice is hereby given that Steven Buckley appeals to the United States Court of Appeals for the Eighth Circuit from the ☑ Judgment ☑ Order entered in this action on 2/17/16.

_____  
Signature of Appellant/Cnsl

3/3/16  
Date

**Steven Buckley**  
Typed/printed Name

63 Independence St.  
Street Address

Canton    MA   02021  
City       State   Zip

781-830-9650  
Telephone Number

**Transcript Order Form:** ( To be completed by attorney for appellant )

Please prepare a transcript of: _____
(Specify)

I am not ordering a transcript because: unnecessary
(Specify)

**CERTIFICATE OF COMPLIANCE**

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon the US District Court, court reporter, and all counsel of record and that satisfactory arrangement for payment of cost of transcripts ordered have been made with the court reporter (FRAP 10(b)).

Attorney's Signature _____  Date: 3/3/16

**NOTE: COMPLETE APPROPRIATE APPEAL SUPPLEMENT FORM**

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF IOWA
OFFICE OF THE CLERK
P. O. BOX 9344
DES MOINES, IA. 50306-9344
515-284-6248

# Civil Case Notice of Appeal Supplement

COUNSEL FOR APPELLANT PLEASE COMPLETE AND SUBMIT WITH NOTICE OF APPEAL

Case Name: Huyer, et al.,  vs. Wells Fargo & Co., et al.

District Court Case # 4 : 08 - cv - 507

Appeal Fee ($505.00) Status  Pd ☑  IFP ☐  Pending ☐  Govt. Appeal ☐

Counsel Appointed ☐  CJA ☐  Retained ☐  Pro Se ☑

Appeal filed by  Counsel ☐  Pro Se ☑

Any reason why counsel should not be appointed  appellate counsel will be retained

Pending post Judgment motions: Yes ☐ No ☑

Type of Motion(s) _____

High Public Interest Case  Yes ☐ No ☑

Simultaneous Opinion Release Requested  Yes ☐ No ☑

Trial Held  Yes ☐ No ☑

Jury Trial Held  Yes ☐ No ☑

Court Reporter  Yes ☐ No ☑  Length of Trial _____

Reporter's Name _____

Address _____

Phone _____

Transcript Ordered  Yes ☐ No ☑

Appealing: Order prior to final judgment ☐  Final Judgment ☑

Completed Form "A" Enclosed  Yes ☑ No ☐

U.S. COURT OF APPEALS - EIGHTH CIRCUIT
APPELLANT'S FORM A
Appeal Information Form
To be filed with the Notice of Appeal

Appeal Docket No.

| STYLE OF CASE: | COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER |
|---|---|
| EDWARD HUYER et al.<br><br>Appellant/Appellee,<br>vs. | Deborah Clark Weintraub<br>SCOTT & SCOTT<br>The Chrysler Bldg.<br>405 Lexington Ave., 40th floor<br>New York, NY 10174 |
| WELLS FARGO & CO., and<br>WELLS FARGO BANK, N.A.<br><br>Appellant/Appellee | COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER<br>Mark D. Lonergan<br>SEVERSON & WERSON<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111 |

LIST ISSUES ON APPEAL(For administrative purposes). You may indicate that this also serves as your statement of issues under FRAP 10(b)(3).   [✓] Yes.   [ ] No.

Did the district court abuse its discretion by awarding attorney's fees before the value of the benefit to the class was known?

Did the district court abuse its discretion by including reimbursement of expenses in the calculation of attorneys' fees?

FOR LEAD COUNSEL ONLY
I [ ] have ([✓] have not) discussed settlement possibilities on appeal with my client.
This appeal [✓] is ([ ] is not ) amenable to settlement.

Submitted by: s/ _____  3/3/16
Signature of Lead Counsel           Date

INSTRUCTIONS:
Filing of appellant's Form A is required to be submitted to the Clerk of the District Court with the Notice of Appeal (8 Cir. Rule 3B). If inadvertenly omitted, appellant may file Form A directly with the Clerk of the Court of Appeals before appeal is docketed. Forms are available at the District Court Clerk's Office and may be obtained electronically at:
www.ca8.uscourts.gov
    Copy 1 - Send to Appellee (together with an uncompleted Form B)
    Copy 2 & 3 - Send to Clerk, District Court with Notice of Appeal or Eighth Circuit (see above)
    Copy 4 - Retain

## CERTIFICATE OF SERVICE

      I hereby certify that on March 3, 2016 I served a true copy of the foregoing on the following counsel via first class U.S. mail:

Deborah Clark-Weintraub
Scott & Scott
The Chrysler Bldg.
405 Lexington Ave, 40th floor
New York, NY 10174

Michael R. Reese
Reese LLP
100 W. 93rd Street, 16th floor
New York, NY 10025

Mark D. Lonergan
Severson & Werson
One Embarcadero Center, Suite 2600
San Francisco, CA 94111

John J. Pentz

John Pentz, Esq.
19 Widow Rites Lane
Sudbury, MA 01776
Phone: (978) 261-5725
Fax: (978) 405-5161
jjpentz3@gmail.com

March 3, 2016

Clerk of Court
US District Court for the SD Iowa
Central Division
US District Courthouse
123 East Walnut Street
Des Moines, Iowa 50309

Re:  Young v. Wells Fargo & Co., Case No. 4:08-CV-507-CFB

Dear Clerk:

Enclosed for filing in the above-referenced case please find the Notice of Appeal of Steven Buckley, along with a check in the amount of $505 as the filing fee. Thank you.

Sincerely,

John Pentz

enclosures



John J. Pentz
19 Widow Rites Lane
Sudbury, MA 01776

BOSTON MA 021
03 MAR 2016 PM 12

Clerk of Court
US District Court for the SD Iowa
Central Division
US District Courthouse
123 East Walnut Street
Des Moines, Iowa 50309